ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

KRISTEN BROOK
Assistant U.S. Attorney
Arizona State Bar No. 023121
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: kristen.brook@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>vs.<br><br>Mohamed Abukar Aden,<br><br>           Defendant. | Magistrate No. 19-9146 mj<br><br>**MOTION TO SEAL COMPLAINT**<br><br>**(Filed Under Seal)** |

The United States of America, by and through undersigned counsel, moves this Court for an Order sealing the Complaint and this Motion and Order filed in this matter on the grounds that disclosure would not be in the best interest of justice.  The Complaint contains information that could compromise the safety of a Confidential Source and FBI agents, in addition disclosure of this information to the public would jeopardize an on-going investigation.

It is not expected that excludable delay under 18 U.S.C. § 3161(h) will occur as a result of this motion or an order based thereon.

Respectfully submitted this 19th day of April, 2019.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/s/ Kristen Brook
KRISTEN BROOK
Assistant U.S. Attorney