```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

    OCT 2 3 2019

 CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ M DEPUTY
```

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Mohamed Abukar Aden,<br><br>　　　　Defendant. | CR-19-01233-PHX-MTL (MHB)<br><br>**INDICTMENT**<br><br>VIO:　18 U.S.C. § 1956(a)(3)(B) & (C); 18 U.S.C. § 2<br>Money Laundering<br>(Counts 1-9)<br><br>31 U.S.C. § 5324(a)(3), (b); 18 U.S.C. § 2<br>Structuring Transactions to Evade Reporting Requirements<br>(Counts 10-12)<br><br>18 U.S.C. §§ 981 and 982,<br>21 U.S.C. §§ 853, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

THE GRAND JURY CHARGES:

At all times material to this indictment, within the District of Arizona and elsewhere:

**COUNTS 1-9**
**Money Laundering**
**(18 U.S.C. §§ 1956(a)(3)(B) & (C); 18 U.S.C. § 2)**

On or about the dates listed below, in the District of Arizona and elsewhere, the defendant, MOHAMED ABUKAR ADEN, with the intent (a) to conceal and disguise the nature, location, source, ownership, and control of property believed to be proceeds of specified unlawful activity, and (b) to avoid a transaction reporting requirement under federal and state law, did knowingly aid and abet and conduct and attempt to conduct financial transactions affecting interstate and foreign commerce involving property

represented to be proceeds of specified unlawful activity, to wit: drug trafficking, by law enforcement and by a person acting at the direction of a federal official authorized to investigate money laundering violations, as set forth below:

| Count | Date | Amount | Destination |
|---|---|---|---|
| 1 | 8/10/2017 | $9500 USD | Chicago, IL |
| 2 | 8/11/2017 | $900 USD | Chicago, IL |
| 3 | 8/30/2017 | $9500 USD | Chicago, IL |
| 4 | 8/31/2017 | $900 USD | Chicago, IL |
| 5 | 2/19/2019 | $7000 USD | Chicago, IL |
| 6 | 2/20/2019 | $3500 USD | Chicago, IL |
| 7 | 5/9/2019 | $9500 USD | Chicago, IL |
| 8 | 8/5/2019 | $4500 USD | Chicago, IL |
| 9 | 8/23/2019 | $4500 USD | Milwaukee, WI |

In violation of Title 18, United States Code, Section 1956(a)(3)(B) & (C), and Title 18, United States Code, Section 2.

### COUNTS 10-12
### Structuring Transactions to Evade Reporting Requirements
### (31 U.S.C. § 5324(a)(3), (b); 18 U.S.C. § 2)

On or about the dates listed below, in the District of Arizona and elsewhere, the defendant, MOHAMED ABUKAR ADEN, did knowingly and for the purpose of evading the reporting requirements of section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, did structure, attempt to structure, and assist in structuring the following transactions with a domestic financial institution, and did so while violating another law of the United States, to wit: money laundering, as set forth below:

| Count | Date | Amounts Transmitted |
|---|---|---|
| 10 | 8/10/2017 to 8/11/2017 | $9500 USD<br>$900 USD |
| 11 | 8/30/2017 to 8/31/2017 | $9500 USD<br>$900 USD |
| 12 | 2/19/2019 to 2/20/2019 | $7000 USD<br>$3500 USD |

In violation of Title 31, United States Code, Section 5324(a)(3) & (b); Title 31, Code of Federal Regulations, Title 31, Code of Federal Regulations, Sections 1010.100(t), 1010.311, and 1010.313; and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 9 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Section 853 and Title 28, United States Code, Section 2461(c) and upon conviction of one or more of the offenses alleged in Counts 1 through 9 of this Indictment, the defendant shall forfeit to the United States all right, title, and interest in any and all property, real or personal, involved in such offense(s), or any property traceable to such property involved in the offense(s), or conspiracy to commit such offense(s), including the following: (a) all money or other property that was the subject of each transaction, transportation, transmission or transfer in violation of a statute listed in Title 18, United States Code, Section 982, (b) all other property constituting proceeds obtained as a result of those violations, and (c) all property used in any manner or part to commit or to facilitate the commission of those violations including, but not limited to the sum of money representing the amount of money involved in the offense(s) and the property named below.

$785,000 in U.S. currency seized on September 26, 2019.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

S/
FOREPERSON OF THE GRAND JURY
Date: October 23, 2019

MICHAEL BAILEY
United States Attorney
District of Arizona

S/
KRISTEN BROOK
JAMES KNAPP
Assistant U.S. Attorneys