MICHAEL BAILEY
United States Attorney
District of Arizona

KRISTEN BROOK
Assistant U.S. Attorney
Arizona State Bar No. 023121
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Kristen.Brook@usdoj.gov
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | **CR-19-01233-PHX-MTL (MHB)** |
| Plaintiff, | |
| v. | **GOVERNMENT'S FIRST BILL OF PARTICULARS** |
| Mohamed Abukar Aden, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the United States of America submits this notice in the form of a First Bill of Particulars and particularly alleges that the following property is subject to forfeiture on the basis of the forfeiture allegation set forth in the Indictment [Doc. 13]:

Additional Seized Property Sought for Forfeiture:
a. $785,360.00 in United States currency (Indictment incorrectly lists property as $785,000);
b. $833.00 in United States currency; and
c. $5,730.00 in United States currency.

Respectfully submitted this 25th day of November, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

_____
KRISTEN BROOK
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

    I certify that on November 25, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: counsel of record

By: *s/ Norma Hernandez*
U.S. Attorney's Office