MICHAEL BAILEY
United States Attorney
District of Arizona

KRISTEN BROOK
Assistant U.S. Attorney
Arizona State Bar No. 023121
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Kristen.Brook@usdoj.gov
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-19-01233-PHX-MTL (MHB) |
| Plaintiff, | |
| v. | **GOVERNMENT'S SECOND BILL OF PARTICULARS** |
| Mohamed Abukar Aden, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the United States of America submits this notice in the form of a Second Bill of Particulars and particularly alleges that the following property is subject to forfeiture on the basis of the forfeiture allegation set forth in the Indictment [Doc. 13] and First Bill of Particulars [Doc. 25]. This Second Bill of Particulars alleges that the following property is subject to forfeiture, and accounts for two counterfeit bills identified in Section b of the First Bill of Particulars [Doc. 25], now corrected below:

<u>Additional Seized Property Sought for Forfeiture:</u>
a. $785,360.00 in United States currency (Indictment incorrectly lists property as $785,000);
b. $793.00 in United States currency (First Bill or Particulars lists property as $833.00, but two $20 bills were found to be counterfeit)

c. $5,730.00 in United States currency.

Respectfully submitted this 27th day of December, 2019.

                                  MICHAEL BAILEY
                                  United States Attorney
                                  District of Arizona

                                  /s/ Kristen Brook
                                  KRISTEN BROOK
                                  Assistant United States Attorney

**CERTIFICATE OF SERVICE**

    I certify that on December 27, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: counsel of record

By: *s/ Kristen Brook*
U.S. Attorney's Office

3